UNITED STATES DISTRICT COURT         SOUTHERN DISTRICT OF TEXAS

Pravrndrajit Sandhu §
versus §  Civil Action 4: 11-2670
Collabis, LLC §
§

## Conference Memorandum

Counsel: Matthew Diffenbach     Representing: D. Collabis

Matthew
Daniel Jackson
Scott Vastine     P. Sandhu
Katie Jackson

Date: October 11, 2011     Reporter: Metzger

Started: 9:23 A.M.     Ended: 9:40 A.M.

At the conference, these rulings were made:

By October 19, 2011, Collabis will give Sandhu a schedule of the work needed to meet its standards for the companies, with attached documents.

- [x] Order to be entered.
- [x] A pretrial conference is set for: 9:30 a.m. on October 31, 2011.
- [ ] A hearing is set for: _____ on _____, 2011.
- [ ] Trial preparation to be completed by: _____, 2011.
- [ ] A trial is set for: _____ on _____, 2011.
      - [ ] Bench  - [ ] Jury (Estimated time at 5.5 hours a day _____).
- [ ] Joint Pretrial Order due: _____, 2011.
- [x] Internal review deadline  October 31, 2011.

Lynn N. Hughes
United States District Judge