| United States District Court | Southern District of Texas |
|---|---|

Pravindrajit Sandhu, §
§
§ Plaintiff, §
§
versus § Civil Action H-11-2670
§
Collabis, LLC, §
§
§ Defendant. §

## Order Denying Arbitration

Because the asset purchase agreement does not have an arbitration provision and the employment agreement is a separate contract, the motion by Collabis, LLC, for arbitration is denied (4).

Signed on October 11, 2011, at Houston, Texas.

Lynn N. Hughes
United States District Judge