UNITED STATES DISTRICT COURT           SOUTHERN DISTRICT OF TEXAS

Pravindrajit Sandhu §
§
versus §   Civil Action 4: 11-2670
§
Collabis, LLC §
§

## Conference Memorandum

Counsel: Matthew Deffebach              Representing: D. Collabis

Daniel Jackson                          P. Sandhu

Date: November 22, 2011                 Reporter: Malone

Started: 10:15 a.m.                     Ended: 10:50 a.m.

At the conference, these rulings were made:

The parties will exchange documents as discussed.

- ☐ Order to be entered.
- ☐ A pretrial conference is set for: _____ on _____, 2011.
- ☐ A hearing is set for: _____ on _____, 2011.
- ☒ Trial preparation to be completed by: December 28, 2011.
- ☒ A trial is set for: 9:00 a.m. on January 4, 2012.
  - ☒ Bench  ☐ Jury (Estimated time at 5.5 hours a day  3  ).
- ☐ Joint Pretrial Order due: _____, 2011.
- ☒ Internal review deadline  January 2, 2012.

Lynn N. Hughes
United States District Judge