| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

Pravindrajit Sandhu, §
§
    Plaintiff, §
§
versus §    Civil Action H-11-2670
§
Collabis, LLC, §
§
    Defendant. §

## Order Denying Stay

Collabis's motion to stay the case is denied (21).

Signed on December 6, 2011, at Houston, Texas.

Lynn N. Hughes
United States District Judge