| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Pravindrajit Sandhu, §
　　　　　　　　　　　§
　　　　Plaintiff, §
　　　　　　　　　　　§
versus §　　　Civil Action H-11-2670
　　　　　　　　　　　§
Collabis, LLC, §
　　　　　　　　　　　§
　　　　Defendant. §

## Order Denying Leave

Collabis may not call its witnesses to testify by telephone. It has known of the trial date for more than a month. Its asking the court for permission less than a week before trial is untimely. It made no effort to depose them before trial or to ask the court to depose them by telephone. (38)

Signed on December 29, 2011, at Houston, Texas.

　　　　　　　　　　　　　　　　　Lynn N. Hughes
　　　　　　　　　　　　　　　United States District Judge