**EMMONS & JACKSON, P.C.**
ATTORNEYS

January 4, 2012

3900 ESSEX LANE, STE. 1116　　　　　　　　　　　　　　　　　　　　(713) 522-4435
HOUSTON, TEXAS  77027　　　　　　　　　　　　　　　　　　　　　(FAX) 527-8850
　　　　　　　　　　　　　　　　　　　　　　　　　　　*daniel@emmonsjackson.com*

The Honorable Lynn N. Hughes
United States District Judge　　　　　　　　*Via fax: (713) 250-5650*
515 Rusk Ave., Rm. 5300
Houston, Texas  77002-2605

　　Re:　Case No. 4:11-cv-02670; *Pravindrajit Sandhu v. Collabis, LLC*; In the United States District Court for the Southern District of Texas, Houston Division

Dear Judge Hughes:

　　The fully executed settlement agreement has been delivered to my office. The settlement is complete.

　　Thank you for your assistance in this matter.

　　　　　　　　　　　　　　　　　　　　　　Sincerely yours,

　　　　　　　　　　　　　　　　　　　　　　Daniel W. Jackson
　　　　　　　　　　　　　　　　　　　　　　Plaintiff's Counsel

Matthew T. Deffebach
Defendants' Counsel